IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR413-163
)
ANTONIO LAMAR HAMPTON, )
)
Defendant. )
)

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 64), which recommended the denial of Defendant Antonio Lamar Hampton's Motion to Suppress (Doc. 50). However, Defendant Hampton has subsequently entered a negotiated plea of guilty in this case. (Doc. 114.) Accordingly, the report and recommendation and Defendant's motion are both **DISMISSED AS MOOT**. In addition, Defendant's Motion in Limine (Doc. 51) is also **DISMISSED AS MOOT**.

SO ORDERED this 28th day of March 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA